Matter of Ahmilia M. (Thomas M.)

2026 NY Slip Op 02534

April 24, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

IN THE MATTER OF AHMILIA M. ONONDAGA COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES, PETITIONER-RESPONDENT;

v

THOMAS M., RESPONDENT-APPELLANT. (APPEAL NO. 2.)

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department

Decided on April 24, 2026

185 CAF 24-01570

Present: Curran, J.P., Montour, Smith, Ogden, And Delconte, JJ.

THOMAS L. PELYCH, HORNELL, FOR RESPONDENT-APPELLANT.

ROBERT A. DURR, COUNTY ATTORNEY, SYRACUSE (LISA S. CUOMO OF COUNSEL), FOR PETITIONER-RESPONDENT.

ANDREW S. GREENBERG, SYRACUSE, ATTORNEY FOR THE CHILD.

Appeal from an order of the Family Court, Onondaga County (Christina F. DeJoseph, J.), entered September 19, 2024, in a proceeding pursuant to Family Court Act article 10. The order, inter alia, determined that respondent had neglected the subject child.

[*1]

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in Matter of Akeem M. (Thomas M.) ([appeal No. 1] — AD3d — [Apr. 24, 2026] [4th Dept 2026]).

Entered: April 24, 2026

Ann Dillon Flynn

Clerk of the Court